GUARANTY BANK AND TRUST COMPANY as substitute trustee under the Will of R. P. Byrd, dated January 13, 1928, Respondent v. R. P. BYRD, Jr., Individually and as Executor of Carrie Mae L. Byrd, Deceased, Thomas Edward Byrd, Joanne Byrd Mathers, Redden P. Byrd, III, Edward L. Young, John E. Lunn, Dusenbury, Dusenbury & McKenzie Legal Enterprises, Inc., Milton E. Grusmark, Epworth Children's Home (Epworth Orphanage), Claude V. Brown, Trustee of the George S. Byrd Lands, Pee Dee Production Credit Association, The Citizens and Southern National Bank of South Carolina, and John Doe and Mary Roe, as Minor and Unknown, Unborn, Incompetent Remaindermen Under the Will of R. P. Byrd dated January 13, 1928, and Eugene Fallon, Jr., Esquire, Representing John Doe and Mary Roe as Unknown, Unborn and Incompetent, Contingent and Unknown Remaindermen, Defendants, of whom Epworth Children's Home is Petitioner, and R. P. Byrd, Jr., is Respondent.

(341 S. E. (2d) 797)

Supreme Court

March 26, 1986.

## ORDER

Petitioner asks this Court to issue a writ of certiorari to review the decision of the Court of Appeals in *Guaranty Bank and Trust Co. v. Byrd*, 287 S. C. 96, 337 S. E. (2d) 231 (Ct. App. 1985). We grant the writ as to all questions.

The Appendix shall be docketed as the Transcript of Record as of the date of this order. Petitioner shall file eight additional copies of the Appendix by the deadline for filing the petitioner's brief. The materials in the Appendix are not required to be certified copies. The parties are directed to file briefs in accordance with Rule 8 of the Rules of Practice of the Supreme Court, except only one original brief and nine copies shall be required. This matter shall proceed in conformity with the Court's rules.